UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

COLONY INSURANCE COMPANY                                    PLAINTIFF

VERSUS                                      CIVIL ACTION NO. 3:09cv657-DPJ-JCS

KRINA, INC. D/B/A DELUXE INN
and DHANUBEN B. PATEL                                       DEFENDANT

## JUDGMENT OF DISMISSAL

THIS CAUSE having come on for hearing on the motion *ore tenus* of the Plaintiff, Colony

Insurance Company, and the Defendants, Krina, Inc. d/b/a Deluxe Inn and Dhanuben B. Patel, for an

order dismissing the Complaint against Krina, Inc. d/b/a Deluxe Inn and Dhanuben B. Patel, and the

Court, being advised that the Plaintiff's claims against Krina, Inc. d/b/a Deluxe Inn and Dhanuben

B. Patel have been fully compromised and settled and that their counsel has agreed to the entry of this

judgment, does find that the motion is well taken and should be granted. It is therefore,

ORDERED AND ADJUDGED that the Plaintiff's Complaint against Krina, Inc. d/b/a Deluxe

Inn and Dhanuben B. Patel be and the same is hereby dismissed with each party bearing their own

costs.

SO ORDERED AND ADJUDGED this the 25 day of FEBRUARY, 2010.

UNITED STATES DISTRICT JUDGE

APPROVED:

DONALD C. DORNAN, JR.
Attorney for Plaintiff

TIMOTHY L. RUTLAND
Attorney for Defendants